IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JULIA O. FAIGEL DMD, P.C., | |
| Plaintiff, | |
| v. | DEMAND FOR JURY TRIAL |
| IADMD HOLDINGS, LLC, | Civil Action No.: 1:18-cv-00797-SM |
| Defendant. | |

**PLAINTIFF'S DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P 7.1 AND LOCAL RULE 7.1.1**

Plaintiff Julia O. Faigel DMD, P.C. ("Plaintiff"), by and through its attorneys, hereby files this Disclosure Statement in accordance with Local Rule 7.1.1 and states that:

(1) Plaintiff is a nongovernmental professional corporation with no parent corporation;

(2) No publicly held corporation owns 10% or more of Plaintiff's stock; and

(3) No merger agreements exist between Plaintiff and any publicly held corporation.

Respectfully submitted,

Date: September 13, 2018      /*s*/Brian M. Gaff

Brian M. Gaff (NH Bar No. 17106)
R. David Hosp*
Robert M. O'Connell*
Laura B. Najemy*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210-1878
(617) 542-5070
(617) 542-8906 (fax)
gaff@fr.com
hosp@fr.com
oconnell@fr.com
najemy@fr.com
*Motion for *pro hac vice* admission to be filed.

*Attorneys for Julia O. Faigel DMD, P.C.*