# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JULIA O. FAIGEL, DMD, P.C., | ) Case No. 1:18-cv-00797-SM |
| Plaintiff, | ) Judge Steven J. McAuliffe |
| vs. | ) |
| IADMD HOLDINGS, LLC, | ) |
| Defendant. | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted to practice in the United States District Court for the District of New Hampshire, and I appear in this case as counsel for IADMD Holdings, LLC.

Date: 10/9/2018                              /s/ Kyle McDonald

Kyle McDonald, Esq.
NH Bar # 266712
Law Office of Kyle McDonald, Esq., PLLC
2 Whitney Rd, Suite 11,
Concord, NH 03301
kyle@kylemcdonaldlaw.com
(603) 753-4033