IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| JULIA O. FAIGEL, DMD, P.C., | ) | Case No.  1:18-cv-00797-SM |
| | ) | |
| Plaintiff, | ) | Judge Steven J. McAuliffe |
| vs. | ) | |
| | ) | |
| IADMD HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**Motion to Admit Christopher Ross McElwain, Esq. *Pro Hac Vice***

Kyle McDonald, Esq., attorney for Defendant IADMD Holdings, LLC ("Defendant") and a member in good standing of the bar of the United States District Court for the District of New Hampshire, hereby moves this Court to enter an order pursuant to LR 83.2(b) authorizing Christopher R. McElwain, Esq., an attorney in good standing with, *inter alia,* the U.S. District Court for the Northern District of California with whom I am actively associated in this case, to be admitted *pro hac vice* to appear and practice before this Court as counsel for Defendant in this case. The supporting affidavit of Mr. McElwain is attached hereto.

Dated: October 9, 2018                    /s/ Kyle McDonald

Kyle McDonald
NH Bar #266712
Law Office of Kyle McDonald, Esq., PLLC
2 Whitney Road, Suite 11
Concord NH, 03301
(603) 753-4033