# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JULIA O. FAIGEL DMD, P.C., | |
| Plaintiff, | |
| v. | DEMAND FOR JURY TRIAL |
| IADMD HOLDINGS, LLC, | Civil Action No.: 1:18-cv-00797-SM |
| Defendant. | |

**ATTACHMENT TO JOINT MOTION TO EXTEND DEADLINES ESTABLISHED IN THE JOINT PROPOSED DISCOVERY PLAN (Doc. No. 20)**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Motions to Dismiss-IADMD | 10/15/2018 | No Change |
| Motions to Dismiss-Faigel | 11/2/2018 | No Change |
| Disclosure of Claims Against Unnamed Parties | 1/7/2019 | No Change |
| Joinder of Additional Parties | 2/8/2019 | No Change |
| Third-Party Actions | 2/8/2019 | No Change |
| Amendment to Pleadings | 2/8/2019 | No Change |
| Disclosure of Experts and Experts' Written Reports | 4/16/2019 | No Change |
| Disclosure of Rebuttal Experts and Rebuttal Experts' Written Reports | 5/16/2019 | No Change |
| Supplementation of Experts' Reports | 8/1/2019 | No Change |
| Completion of Discovery | 8/1/2019 | No Change |
| Motions for Summary Judgment | 8/1/2019 | 8/15/2019 |

**JOINT MOTION TO CONTINUE AND EXTEND DEADLINES – CIVIL FORM 3**

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Challenges to Expert Testimony | 8/15/2019 | No Change |
| Trial | 10/16/2019 | 11/13/2019 |

23918656